IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUPERIOR SERVICES, INC., | ) | CASE NO. 8:15CV396 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS, INC., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| M.S.E. DISTRIBUTING, INC., | ) | CASE NO. 8:15CV400 |
| Plaintiff, | ) | |
| v. | ) | REASSIGNMENT ORDER |
| UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS, INC., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| THOMAS HANLON, | ) | CASE NO. 8:15CV401 |
| Plaintiff, | ) | |
| v. | ) | REASSIGNMENT ORDER |
| UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS, INC., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| AUTOMOTIVE DEVELOPMENT SERVICES, INC., | ) | CASE NO. 8:15CV402 |
| Plaintiff, | ) | |
| v. | ) | REASSIGNMENT ORDER |
| UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS, INC., | ) | |
| Defendants. | ) | |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4). Accordingly, Case Nos. 8:15CV400, 8:15CV401, and 8:15CV402 are reassigned to Senior Judge Joseph F. Bataillon for disposition and to Magistrate Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 9th day of November, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge