IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUPERIOR SERVICES, INC., | |
| Plaintiff, | **8:15CV396** |
| vs. | |
| UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS, INC., | **ORDER** |
| Defendants. | |
| ACI DEVELOPMENT CORPORATION, | |
| Plaintiff, | **8:15CV398** |
| vs. | |
| UNIVERSAL WARRANTY CORP., MIC GENERAL INSURANCE CORP., and ALLY INSURANCE HOLDINGS, INC., | |
| Defendants. | |
| M.S.E. DISTRIBUTING, INC., | |
| Plaintiff, | **8:15CV400** |
| vs. | |
| UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS, INC., | |
| Defendants. | |
| THOMAS HANLON ENTERPRISES, LLC, | |
| Plaintiff, | **8:15CV401** |
| vs. | |
| UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS, INC., | |
| Defendants. | |

| | |
|---|---|
| AUTOMOTIVE DEVELOPMENT SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS, INC., <br><br> Defendants. | **8:15CV402** |
| EARL DANIELS, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS INC., <br><br> Defendants. | **8:16CV276** |
| GAINES FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS, INC., <br><br> Defendants. | **8:16CV328** |
| INSURED DEALER SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS INC., <br><br> Defendants. | **8:16CV346** |

| | |
|---|---|
| VISION MARKETING GROUP & ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS INC.,<br><br>Defendants. | **8:16CV361** |
| AUTO CARE EXTENDED SERVICE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS INC.,<br><br>Defendants. | **8:16CV362** |
| AUTOMOTIVE RESOURCES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL WARRANTY CORP., and ALLY INSURANCE HOLDINGS INC.,<br><br>Defendants. | **8:16CV416** |

This matter is before the Court on the Joint Motion to Amend Progression Order (Case No. 8:15-cv-396, Filing No. 175; Case No. 8:16-cv-416, Filing No. 139; Case No. 8:15-cv-400, Filing No. 175; Case No. 8:15-cv-401, Filing No. 182; Case No. 8:15-cv-402, Filing No. 173; Case No. 8:15-cv-398, Filing No. 175; Case No. 8:16-cv-276, Filing No. 145; Case No. 8:16-cv-328, Filing No. 145; Case No. 8:16-cv-346, Filing No. 144; Case No. 8:16-cv-361, Filing No. 143; Case No. 8:16-cv-362, Filing No. 143). Upon consideration, the motion is granted.

Accordingly,

**IT IS ORDERED:**

1. On or before June 4, 2018, the parties shall disclose non-expert witnesses in Case No. 8:15-cv-402. On or before August 6, 2018, the parties shall disclose non-expert witnesses in Case No. 8:16-cv-361. On or before September 4, 2018, the parties shall disclose non-expert witnesses in Case No. 8:15-cv-401.

2. On or before June 18, 2018, the parties shall file motions in limine, other than those challenging the admissibility of expert testimony, in Case No. 8:15-cv-402. On or before August 20, 2018, the parties shall file motions in limine, other than those challenging the admissibility of expert testimony, in Case No. 8:16-cv-361. On or before September 17, 2018, the parties shall file motions in limine, other than those challenging the admissibility of expert testimony, in Case No. 8:15-cv-401.

Dated this 25th day of May, 2018.

BY THE COURT:

S/ Susan M. Bazis
United States Magistrate Judge